EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

CONSTANCE A. HASSELL #3374
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808)541-2850
Facsimile: (808) 541-2958
Constance.Hassell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR03-00048 DAE |
| Plaintiff, | ) | |
| | ) | INDICTMENT |
| vs. | ) | [21 U.S.C. §§952(a); 960(a); 960(b)(2)(B)(ii); 841(a)(1); 841(b)(1)(B), 846] |
| DEON JOSEPH, (01) | ) | |
| FABRENE KALILI, (02) | ) | |
| KERISSA SAVEA, (03) | ) | |
| RUSSELL KAWIKA TINAY, (04) | ) | |
| Defendants. | ) | |

INDICTMENT

Count 1

The Grand Jury charges that:

From a time unknown up through and including on or about January 23, 2003, in the District of Hawaii and elsewhere,

Defendants DEON JOSEPH, FABRENE KALILI, KERISSA SAVEA, and RUSSELL KAWIKA TINAY did knowingly and intentionally import into the United States from a place outside thereof, a quantity of 500 grams or more, to wit, approximately 1,000 grams, of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts, a Schedule II controlled substance,

In violation of Title 21, United States Code, Sections 952(a) and 960(b)(1)(2)(B)(ii).

Count 2:

The Grand Jury further charges that:

On or about January 23, 2003 in the District of Hawaii, defendants DEON JOSEPH, FABRENE KALILI, KERISSA SAVEA, and RUSSELL KAWIKA TINAY, did knowingly and intentionally attempt to possess with intent to distribute five hundred (500) grams or more, to wit, approximately 1,000 grams, of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance,

//
//
//
//
//

      In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(a)(1)(B), and Title 18, United States Code, Section 2.

DATED:   1/30  , 2003 at Honolulu, Hawaii

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

*(signed)*
ELLIOT ENOKI
First Assistant U.S. Attorney

*(signed)*
CONSTANCE A. HASSELL
Assistant U.S. Attorney