# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/21/2005  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:        CR 03-0048DAE

CASE NAME:          USA v. Russell Tinay

ATTYS FOR PLA:      Flo Nakakuni

ATTYS FOR DEFT:     Lori Faymonville

PTS:                Allison Thom

|  |  |  |  |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 12/21/2005 | TIME: | 2:00pm-2:10pm |

COURT ACTION:  EP:  Bail Review Hearing.

Defendant present in custody.

Bail conditions revoked.  Defendant remanded to the custody of the US Marshals.

Mittimus forthwith.

Submitted by:  Theresa Lam, Courtroom Manager

G:\docs\theresa\minutes\CR 03-48DAE tinay 12 21.wpd