(Rev. 12/03) Sheet 2 - Imprisonment

NUMBER: 1:03CR00048-004
DEFENDANT: RUSSELL KAWIKA TINAY

Judgment - Page 3 of 7

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 13 MONTHS .

This term consists of THIRTEEN(13) MONTHS, as to each of Counts 1 and 2, with all such terms to run concurrently.

[✓]   The court makes the following recommendations to the Bureau of Prisons:
Prison Camp in California or Oregon, Lompoc, CA or Sheridan, OR. Educational and Vocational training. Drug treatment.

[ ]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 05 2006
at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

[✓]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[✓] before 2:00 p.m., local time on 1/16/2006 .
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

Defendant delivered on DEC 2 1 2005 to FEDERAL DETENTION CENTER
P.O. BOX 30547
HONOLULU, HI 96820

at _____, with a certified copy of this judgment.

John T. Rathman
~~UNITED STATES MARSHAL~~
WARDEN

By   J. Lumi
~~Deputy U.S. Marshal~~
Legal Tech